SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 FEB 18 PM 5:34

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HAMMADUZZAMAN SYED,

Defendant.

8:21CR57

INDICTMENT
18 U.S.C. § 2422(b)

The Grand Jury charges that

## COUNT I

Beginning on or about November 17, 2020, through on or about November 18, 2020, in the District of Nebraska and elsewhere, the defendant, HAMMADUZZAMAN SYED, did use any facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant United States Attorney

1