IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:21CR57** |
| v. | |
| HAMMADUZZAMAN SYED, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Hammaduzzaman Syed's motion to extend his self-surrender date (Filing No. 99).

IT IS ORDERED:

1.  Defendant Hammaduzzaman Syed's motion to extend his self-surrender date (Filing No. 99) is granted in part;

2.  Defendant shall report no earlier than 2:00 p.m. on Thursday, October 13, 2022, to the institution designated by the U.S. Bureau of Prisons; and

3.  The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 8th day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge