IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAMMADUZZAMAN SYED,<br><br>　　　　Defendant. | **8:21CR57**<br><br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 124) judgment is entered in favor of the United States of America and against Hammaduzzaman Syed.

Dated this 25th day of June 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge